United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RUBEN G. RODRIGUEZ, ET AL., | § | |
| "Plaintiffs," | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-00109 |
| | § | |
| PHH MORTGAGE CORPORATION, ET AL., | § | |
| | § | |
| "Defendants." | § | |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. No. 11) in the above-captioned civil case. The parties informed the Court that all matters in controversy were resolved. *See* Dkt. No. 11. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  October 16, 2024.

Rolando Olvera
United States District Judge